■ VIGLIAROLO BROTHERS, INC., Respondent, v CITY OF NEW YORK, Appellant. [608 NYS2d 85] —Appeal by the defendant from an order of the Supreme Court, Richmond County (Sangiorgio, J.), dated April 3, 1990.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Sangiorgio at the Supreme Court. Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.